1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARK T. JANSEN (State Bar No. 114896)
2  MAUREEN A. SHEEHY (State Bar No. 129859)
   ALEXANDRA SEPULVEDA (State Bar No. 233216)
3  Two Embarcadero Center, Eighth Floor
   San Francisco, California  94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5
   Attorneys for Plaintiff
6  SEA TEL, INC.

7

8

9                    UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN  DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 | SEA TEL, INC.,                    | Case No.   C 06-00404 MHP
13 |             Plaintiff,            | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**
14 |        v.                         |
15 | STATION 53, LLC, a Connecticut limited liability corporation, MARITECH COMMUNICATIONS CORPORATION, INC., a Connecticut corporation, |
16 |                                   |
17 |             Defendants.           |
18

19     Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Sea Tel, Inc., by and through its attorneys,
20  Townsend and Townsend and Crew, LLP, hereby voluntarily dismisses this action in its entirety,
21  without prejudice.  Defendants have not been served with summons and complaint.
22
    DATED:  February 22, 2006           Respectfully submitted,
23
                                        TOWNSEND AND TOWNSEND AND CREW LLP
24
                                        By:     /s/Maureen A. Sheehy
25                                              Maureen A. Sheehy

26                                      Attorneys for Plaintiff
                                        SEA TEL, INC.
27  60706045 v1

28

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE                    - 1 -
CASE NO. C 06-00404 MHP